# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

                               **Plaintiff,**

-vs-                                                                                            Case No. 3:17-CR-107

**KEVIN KOOB,**

                               **Defendant.**

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE AND ADDING A SPECIAL CONDITION OF SUPERVISION

On October 23, 2018, the Defendant appeared with counsel for an initial hearing on violation of the conditions of his supervised release. The Court read into the record the two supervised release violations as alleged by the United States Probation Department and the Defendant admitted to both violations. The Court FOUND that the defendant had violated the conditions of his supervised release and proceeded immediately with sentencing.

Pursuant to the record made in open Court, the Defendant IS ORDERED continued on supervised release under all previously undischarged conditions of supervision along with the additional special condition of supervision:

The defendant is required to participate in, and successfully complete, the Salvation Army's Adult Rehabilitation Center (ARC) program and all recommended aftercare as directed by the probation officer.

The defendant is ORDERED to remain in custody until a bed becomes available at the treatment facility.

The defendant was explained his right of appeal and indicated an understanding of same.

IT IS SO ORDERED.

                                                              THOMAS M. ROSE, JUDGE
                                                              UNITED STATES DISTRICT COURT